UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Prajapati et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>Mayorkas et al.,<br><br>            Defendants. | 24-CV-9816 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

WHEREAS on **DECEMBER 20, 2024**, Plaintiff filed a petition for writ of mandamus, and on **JANUARY 2, 2025**, counsel for Defendants appeared,

IT IS HEREBY ORDERED that by **JANUARY 23, 2025**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **FEBRUARY 13, 2025**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **FEBRUARY 27, 2025**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: January 7, 2025
       New York, New York

DALE E. HO
United States District Judge